■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK CARTLEDGE, Appellant. (Appeal No. 2.)—Judgment unanimously affirmed. Same memorandum as in *People v Cartledge* ([appeal No. 1] 147 AD2d 917 [decided herewith]). (Appeal from judgment of Monroe County Court, Wisner, J.— criminal possession of stolen property, first degree, and another charge.) Present—Callahan, J. P., Denman, Green, Balio and Davis, JJ.